

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-17-00038-CV**

IN THE INTEREST OF A.C. AND
W.P., JR., CHILDREN

------------

FROM THE 393RD DISTRICT COURT OF DENTON COUNTY
TRIAL COURT NO. 15-07472-393

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellant's Motion to Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

PER CURIAM

PANEL: LIVINGSTON, C.J.; WALKER and MEIER, JJ.

DELIVERED: April 27, 2017

---

[1]*See* Tex. R. App. P. 47.4.